IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Miller, Jeanette | Case Number: 07 B 12256 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 7/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,070.00 |  |
| Secured: |  | 133.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 878.66 |
| Trustee Fee: |  | 57.78 |
| Other Funds: |  | 0.00 |
| Totals: | 1,070.00 | 1,070.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,000.00 | 878.66 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 1,456.10 | 133.56 |
| 5. | GMAC Mortgage Corporation | Secured | 19,832.13 | 0.00 |
| 6. | HSBC Mortgage Services | Secured | 4,290.22 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 26.96 | 0.00 |
| 8. | Mages & Price | Unsecured | 118.58 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 11.45 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,107.13 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 66.38 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 66.77 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 85.00 | 0.00 |
| 14. | IDES | Unsecured | 210.40 | 0.00 |
| 15. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 16. | A Alliance Collection | Unsecured |  | No Claim Filed |
| 17. | Bethany Hospital | Unsecured |  | No Claim Filed |
| 18. | BMG Music Service | Unsecured |  | No Claim Filed |
| 19. | Village of Hillside | Unsecured |  | No Claim Filed |
| 20. | Cellular One | Unsecured |  | No Claim Filed |
| 21. | CCA | Unsecured |  | No Claim Filed |
| 22. | Comcast | Unsecured |  | No Claim Filed |
| 23. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Credit Management Co. | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Miller, Jeanette | Case Number: 07 B 12256 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 7/10/07 |

| | | | |
|---|---|---|---|
| 26. Credit Protection Association | Unsecured | | No Claim Filed |
| 27. City of Milwaukee | Unsecured | | No Claim Filed |
| 28. HSBC Auto Finance | Unsecured | | No Claim Filed |
| 29. Loyola University Medical Center | Unsecured | | No Claim Filed |
| 30. Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 33. Media One | Unsecured | | No Claim Filed |
| 34. MTI | Unsecured | | No Claim Filed |
| 35. National Magazine Exchange | Unsecured | | No Claim Filed |
| 36. Nicor Gas | Unsecured | | No Claim Filed |
| 37. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 38. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 39. Secretary Of State | Unsecured | | No Claim Filed |
| 40. Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 41. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 42. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 43. Prime Co | Unsecured | | No Claim Filed |
| 44. Ashton Drake Galleries | Unsecured | | No Claim Filed |
| 45. Footlocker | Unsecured | | No Claim Filed |
| 46. Village of Melrose Park | Unsecured | | No Claim Filed |
| 47. St Paul Federal | Unsecured | | No Claim Filed |
| 48. Village of Oak Park | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 29,271.12 | $ 1,012.22 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.78 |
| | _____ |
| | $ 57.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

